IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VALENCELL, INC., § | |
| § | |
| Plaintiff, § | |
| § | C.A. No. 5:16-cv-00001-D |
| v. § | |
| § | JURY TRIAL DEMANDED |
| APPLE, INC., § | |
| § | |
| Defendant. § | |
| § | |

## VALENCELL'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff Valencell, Inc. ("Valencell") moves to dismiss Counts I – VIII of Defendant Apple, Inc.'s ("Defendant" or "Apple") counterclaims for failure to state a claim. In support thereof, Valencell submits the accompanying Memorandum.

Dated: April 11, 2016

Respectfully submitted,

*/s/ Lynne A. Borchers*
Lynne A. Borchers
N.C. Bar No. 32386

**MYERS BIGEL & SIBLEY, P.A.**
4140 Parklake Avenue, Suite 600
Raleigh, North Carolina 27612
919-854-1400 (telephone)
919-854-1401 (facsimile)
lborchers@myersbigel.com

Jeffrey R. Bragalone
(admitted *pro hac vice*)
Texas Bar No. 02855775
Patrick J. Conroy
(admitted *pro hac vice*)
Texas Bar No. 24012448

Jonathan H. Rastegar
(admitted *pro hac vice*)
Texas Bar No. 24064043

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jrastegar@bcpc-law.com

Attorneys for Plaintiff
**VALENCELL, INC.**

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which pursuant to Local Civil Rule 4.1(e), constitutes service on counsel of record for Defendant.

Dated: April 11, 2016              Respectfully submitted,

                      */s/ Lynne A. Borchers*
                      Lynne A. Borchers