IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-1-D

VALENCELL, INC., )
)
Plaintiff, )
)
v. ) **ORDER**
)
APPLE INC., )
)
Defendant. )

On June 8, 2016, plaintiff filed a motion to seal [D.E. 36]. On June 24, 2016, plaintiff filed

a second motion to seal [D.E. 40]. On July 7, 2016, plaintiff filed a motion for a protective order

[D.E. 42]. On July 8, 2016, defendant filed a motion to stay [D.E. 46]. On July 15, 2016, plaintiff

filed a third motion to seal [D.E. 48]. On August 12, 2016, defendant filed a joint motion for leave

to file excess pages or to set page limits [D.E. 60]. On August 25, 2016, plaintiff filed a motion to

compel and to expedite briefing [D.E. 66].

The court refers plaintiff's motions to seal [D.E. 36, 40, 48], plaintiff's motion for a

protective order [D.E. 42], defendant's motion to file excess pages or to set page limits [D.E. 60],

and plaintiff's motion to compel and to expedite briefing [D.E. 66] to Magistrate Judge Gates for

disposition. See 28 U.S.C. § 636(b)(1)(A). Defendant's motion to stay [D.E. 46] is DENIED.

SO ORDERED. This 26 day of August 2016.

JAMES C. DEVER III
Chief United States District Judge