# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### Case No. 5:16-cv-00001-D

| | | |
|---|---|---|
| VALENCELL, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

Plaintiff Valencell, Inc. ("Valencell") and Defendant Apple Inc. ("Apple") announce to the Court that they have settled their respective claims for relief asserted in this case. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), the parties stipulate that all claims for relief asserted by Valencell against Apple are dismissed with prejudice and that all counterclaims for relief asserted by Apple against Valencell are dismissed with prejudice. Each party shall bear its own attorneys' fees, costs of court, and expenses.

Respectfully submitted this the 7th day of September, 2018.

/s/ Christopher T. Graebe
Christopher T. Graebe
N.C. Bar No. 17416
**Graebe Hanna & Sullivan, PLLC**
4350 Lassiter at North Hills Ave, Ste 375
Raleigh, NC 27609
Tel: (919) 863-9092
Fax: (919) 424-6407
cgraebe@ghslawfirm.com
LR 83.1 Attorney for Valencell, Inc.Chris Graebe

Jeffrey R. Bragalone
(admitted *pro hac vice*)
Texas Bar No. 02855775
Patrick J. Conroy
(admitted *pro hac vice*)
Texas Bar No. 24012448
Jonathan H. Rastegar
(admitted *pro hac vice*)
Texas Bar No. 24064043

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jrastegar@bcpc-law.com

Attorneys for Plaintiff
**VALENCELL, INC.**

/s/ Charles F. Marshall
Charles Marshall
N.C. Bar No. 23297
Craig D. Schauer
N.C. Bar No. 41571
Darrell A. Fruth
N.C. Bar No. 42121

**BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P.**
P.O. Box 1800
Raleigh, NC 27602
Phone: (919)839-0300
Fax: (919) 839-0304
cmarshall@brookspierce.com
cschauer@brookspierce.com

Angel Mitchell
Mo. State Bar No. 52309
B. Trent Webb
Mo. State Bar No. 40778
Ryan Schletzbaum
Mo. State Bar No. 62631

**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Mo 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
bwebb@shb.com
amitchell@shb.com
rschletzbaum@shb.com

Attorneys for Defendant
**APPLE INC.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## Case No. 5:16-cv-00001-D

| | |
|---|---|
| VALENCELL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| APPLE INC., ) | |
| ) | |
| Defendant. ) | |

The undersigned hereby certifies she electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which pursuant to Local Civil Rule 4.1(e), constitutes service

on all counsel of record.

This the 7th day of September, 2018.

Respectfully submitted,

/s/ *Angel D. Mitchell*
Angel D. Mitchell
MO State Bar No. 52309
amitchell@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

*Attorney for Defendant Apple Inc.*